JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA MAE RATCLIFFE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEBORAH L. PATRICK, Warden,<br><br>　　　　Respondent. | NO. CV 07-4467 SVW (FMO)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 13, 2008.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE